DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:95CR400 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Javarre Webb | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

    The defendant and his counsel, Darin Thompson appeared before this Court on April 21, 2011, for a final hearing regarding a violation of supervised release.

    A report and recommendation was filed on January 14, 2011.  (See docket #113).  The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

    Upon motion of counsel for the defendant, and no objection on behalf of the government, the defendant is sentenced to time already served in custody in this matter.  The defendant's period of supervised release is hereby terminated.

    IT IS SO ORDERED.

| | |
|---|---|
|  April 21, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |